THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
 *v.* THOMAS R. HUGHES and MILTON SPEISER, Appellants.

Submitted February 28, 1938; decided March 2, 1938.

Motion for reargument granted as follows: The
question as to the power of this Court to reduce the
sentence under section 543 of the Code of Criminal
Procedure has never been decided by this Court. The
point is now raised and we would like to hear oral argu-
ment. Case set down for March 14, 1938. (See 277
N. Y. 531.)